UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARQUEETA DANIELS | CIVIL ACTION NO. 6:20-cv-00783 |
| VERSUS | JUDGE JUNEAU |
| HUSSEIN RIYADH SADEQ, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this lawsuit was not filed in a court of proper venue; that the court lacks personal jurisdiction over two of the defendants, namely, Hussein Riyadh Sadeq and Great Lakes Logistics and Transportation, LLC; that the defendants' motion to dismiss the plaintiff's claim against Amerisure Mutual Insurance Company for insufficient service (Rec. Doc. 10) is DENIED; that the plaintiff is afforded thirty days after the date of this judgment in which to serve or request a waiver of service from Amerisure Mutual Insurance Company; that the defendants' motion to dismiss the plaintiff's claims against Hussein Riyadh Sadeq and Great Lakes Logistics and Transportation,  LLC

for lack of personal jurisdiction (Rec. Doc. 10) is DENIED; the defendants' motion to transfer venue (Rec. Doc. 10) is GRANTED; and this lawsuit is transferred to the Eastern District of Michigan for further proceedings, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 29th day of September, 2020.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE